```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 15676
    VENINA S GARCIA
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
     SSN XXX-XX-9073


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/19/2006 and was confirmed 05/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was dismissed after confirmation 04/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ROBERT B KATZ              ADMINISTRATIV NOT FILED            .00           .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC  10267.00         533.62       1628.82
DAIMLER CHRYSLER FINANCI   UNSECURED       5802.91            .00           .00
CHRYSLER CREDIT            NOTICE ONLY   NOT FILED            .00           .00
KATHRYN A KLEIN            NOTICE ONLY   NOT FILED            .00           .00
ALAN S FARNELL ESQ         NOTICE ONLY   NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        881.16            .00           .00
AMERICAN GENERAL FINANCE   NOTICE ONLY   NOT FILED            .00           .00
AMERICAN GENERAL FINANCE   NOTICE ONLY   NOT FILED            .00           .00
ARONSON FURNITURE          NOTICE ONLY   NOT FILED            .00           .00
AT&T/SBC/ILLINOIS FACC     UNSECURED    NOT FILED             .00           .00
AT&T/SBC/ILLINOIS FACC     NOTICE ONLY   NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED    NOT FILED             .00           .00
CITGO/CITI                 UNSECURED    NOT FILED             .00           .00
CURVES BRIDGEPORT          NOTICE ONLY   NOT FILED            .00           .00
DISH NETWORK               UNSECURED    NOT FILED             .00           .00
DISH NETWORK               NOTICE ONLY   NOT FILED            .00           .00
CHARMING SHOPPES FASHION   UNSECURED        228.83            .00           .00
ECAST SETTLEMENT CORP      UNSECURED        854.44            .00           .00
ECAST SETTLEMENT CORP      UNSECURED        961.22            .00           .00
GEMB SAMS                  NOTICE ONLY   NOT FILED            .00           .00
PCS FINANCIAL CORP         NOTICE ONLY   NOT FILED            .00           .00
PERSONAL FINANCE           NOTICE ONLY   NOT FILED            .00           .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY   NOT FILED            .00           .00
SALLIE MAE LSCF            NOTICE ONLY   NOT FILED            .00           .00
AT & T BANKRUPCTY          UNSECURED    NOT FILED             .00           .00
STUDENT LOAN MARKETING A   NOTICE ONLY   NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED        758.42            .00           .00
ROUNDUP FUNDING LLC        UNSECURED        517.50            .00           .00
WASHINGTON MUTUAL/PROVID   NOTICE ONLY   NOT FILED            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED        363.67            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED        173.06            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15676 VENINA S GARCIA
```

```
CURVES BRIDGEPORT        NOTICE ONLY    NOT FILED              .00             .00
MARLIN E KIRBY           DEBTOR ATTY    2,274.00                            645.54
TOM VAUGHN               TRUSTEE                                            192.02
DEBTOR REFUND            REFUND                                                .00
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS         DISBURSEMENTS

TRUSTEE                       3,000.00

PRIORITY                                                .00
SECURED                                            1,628.82
    INTEREST                                         533.62
UNSECURED                                               .00
ADMINISTRATIVE                                       645.54
TRUSTEE COMPENSATION                                 192.02
DEBTOR REFUND                                           .00
                           ---------------    ---------------
TOTALS                        3,000.00            3,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 07/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE